1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA
10

11  CLARENCE LEONARD            )    Case No. CV 09-4030-FMC (OP)
    HEARNS, JR.,               )
12                             )    ORDER ADOPTING FINDINGS,
                               )    CONCLUSIONS, AND
                               )    RECOMMENDATIONS OF
13             Petitioner,     )    UNITED STATES MAGISTRATE
                               )    JUDGE
14        vs.                  )
                               )
15  K. HARRINGTON, WARDEN,     )
                               )
16             Respondent.     )
                               )

17
18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the
19  records and files herein, and the Report and Recommendation of the United States
20  Magistrate Judge, de novo.  The Court concurs with and adopts the findings,
    conclusions, and recommendations of the Magistrate Judge.
21  / / /
22  / / /
23  / / /
24
25
26
27
28

1    IT IS ORDERED that Judgment be entered:  (1) approving and adopting this

2  Report and Recommendation; (2) denying Petitioner's Request for Relief pursuant

3  to Rule 60(b); and (3) directing that Judgment be entered dismissing this action with

4  prejudice as untimely.

5

6

7  DATED: 9/22/09

HONORABLE FLORENCE-MARIE COOPER
8                                     United States District Judge

9

10  Prepared by:

11

12

HONORABLE OSWALD PARADA
13  United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28