1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CLARENCE LEONARD HEARNS, JR., | ) | Case No. CV 09-4030-JHN (OP) |
|---|---|---|
| Petitioner, | ) ) ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| vs. | ) ) | |
| K. HARRINGTON, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and the objections filed by Petitioner, de novo. The court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /
/ / /
/ / /

IT IS ORDERED that Judgment be entered: (1) approving and adopting this Report and Recommendation; (2) denying Petitioner's Request for Relief pursuant to Rule 60(b); and (3) directing that Judgment be entered dismissing this action with prejudice as untimely.

DATED: 1/12/10

HONORABLE JACQUELINE H. NGUYEN
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge