JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CLARENCE LEONARD
HEARNS, JR.,

               Petitioner,

       vs.

K. HARRINGTON, WARDEN,

             Respondent.

Case No. CV 09-4030-JHN  (OP)

J U D G M E N T

     Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: __1/12/10__

                        HONORABLE JACQUELINE H. NGUYEN
                        United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge